■ In the Matter of RICHARD COWEN, Petitioner, v. HAROLD BIRNS, as a Supreme Court Justice of the State of New York, Respondent.— No opinion. Concur — Nunez, J. P., Kupferman, Murphy, McNally and Steuer, JJ.

■ In the Matter of RICHARD L. ROSENTHAL, Petitioner, v. BERNARD NADEL, as a Justice of the Supreme Court of the State of New York, et al., Respondents.—

No opinion. Concur — Markewich, J. P., Nunez, Steuer and Tilzer, JJ.

■ In the Matter of CARMINE LOMBARDI, Petitioner, v. JOSEPH A. SARAFITE, as a Justice of the Supreme Court of the State of New York, Respondent.—

No opinion. Concur — Nunez, J. P., Kupferman, Murphy and Steuer, JJ.